No. 74–776.   PHELPS v. CHRISTISON, TRUSTEE IN BANKRUPTCY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 74–800.   MOSELEY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 74–801.   MAURO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 74–804.   CROUSE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–809.   HINMAN v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–811.   REEVES v. ADMINISTRATOR, FEDERAL ENERGY OFFICE, ET AL.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 74–825.   CLINCHER ET AL. v. UNITED STATES ET AL.   Ct. Cl.   Certiorari denied.

No. 74–827.   ANDERSON v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 74–830.   ANDERSON v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–834.   DEMOPOULOS v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 74–836.   GUTWEIN ET AL. v. EASTON PUBLISHING Co.   Ct. App. Md.   Certiorari denied.